| | | | | |
|---|---|---|---|---|
| Riddle v. State | 27A05–1606–CR–1360 | 05/30/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| D.S., Matter of | 45A03–1611–JT–2502 | 05/30/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Byrd v. State | 71A03–1609–CR–2218 | 05/30/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State | 18A02–1607–CR–1712 | 05/30/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Cabell v. State | 82A01–1608–CR–1962 | 05/30/2017 | CRONE, J.<br>BARNES, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Hayes v. State | 49A02–1606–CR–1391 | 05/30/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Nichols v. Nichols | 49A02–1609–DR–2092 | 05/30/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| B.J.R., Matter of | 21A04–1701–JT–104 | 05/30/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| A.T., Jr., Matter of | 15A01–1612–JT–2944 | 05/30/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Beach v. State | 69A05–1701–CR–214 | 05/30/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Andrews v. Moorman | 27A02–1610–JP–2311 | 05/30/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Garber v. State | 34A02–1609–CR–2039 | 05/30/2017 | SHARPNACK, Sr.J.<br>VAIDIK, C.J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |